United States District Court
Southern District of Texas
FILED
NOV 22 2020
David J. Bradley, Clerk

AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

## CRIMINAL COMPLAINT

Brandon Garcia PRINCIPAL United States

YOB: 1996

Case Number:
M-20-2581-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 21, 2020 in Starr County, in the Southern District of Texas defendants(s) did,

*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jairo Jose Blanco-Sanchez and Johnathan Alberto Alfaro-Magana, citizens and nationals of El Salvador, along with twenty-seven (27) other undocumented aliens, for a total of twenty-nine (29), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located in Roma, Texas,**

in violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(iii) FELONY

I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On November 21, 2020, Border Patrol Agents responded to a call for assistance, from the Roma, Texas Police Department, at an apartment suspected of human smuggling. Agents arrived at the apartment and were briefed as to the sequence of events by the officers. Officers stated they had received a 911 call, from the apartment owner, indicating the apartment was possibly being used to harbor undocumented aliens.

The property owner stated she had entered into a verbal agreement, the day prior (November 20, 2020), with a subject identified as Brandon Garcia, to rent the apartment. On November 21, 2020, the apartment owner knocked on the door to obtain a signature from Brandon Garcia to finalize a formal rental agreement.

See attached

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Complaint authorized by AUSA C. Turner

/s/ Mickel Gonzalez
Signature of Complainant

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

Mickel Gonzalez Border Patrol Agent
Printed Name of Complainant

11/22/2020 1:28 p.m. at McAllen, Texas
Date City and State

Peter E. Ormsby, U. S. Magistrate Judge
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

**M-20-2581-M**

**RE: Brandon Garcia**

**CONTINUATION:**

Brandon Garcia opened the door and the property owner immediately observed several subjects sitting on the floor inside the apartment. At that moment, Brandon Garcia fled on foot vacating the immediate apartment area. The apartment owner then called 911 and informed officers of the situation. Officers arrived at the apartment and were granted verbal consent by the apartment owner to enter. The apartment owner then provided officers with a picture of Brandon Garcia and the direction in which he had ran. A search of the apartment revealed twenty nine (29) subjects who failed to provide any valid identification. The apartment did not have any beds, furniture of any kind, nor refrigerated items. Based on the subject fleeing and the number of subjects found inside the apartment, officers suspected a smuggling offense was taking place and contacted Border Patrol for further investigations.

Agents arrived at the apartment and interviewed the twenty-nine (29) subjects all of which freely admitted to being illegally present in the United States. Officers were able to locate the subject, matching the picture given by the property owner, a few blocks from the apartment and confirmed his identity to be Brandon Garcia. Garcia was also questioned by Border Patrol and determined to be a United States citizen.

Brandon Garcia along with the twenty-nine (29) subjects were arrested and subsequently transported to the Rio Grande City, Texas Border Patrol Station for processing.

**Principal Statement:**
Brandon Garcia, a United States Citizen, was advised of his Miranda Rights, stated he understood his Rights and agreed to provide a sworn statement without the presence of an attorney.

Garcia stated that a friend asked him to rent an apartment for the sole purpose to house illegal aliens. Garcia stated that he was going to get paid $20 for each illegal alien he would house at the apartment. Garcia stated that his friend calls him when they are going to drop off more subjects at the apartment.

**Material Witness 1 Statement:**
Jairo Jose Blanco-Sanchez, a citizen of El Salvador, was advised of his Miranda Rights, stated he understood his rights, and agreed to provide a statement.

Blanco stated he made his own smuggling arrangements and paid $1,000 of the $5,500 he was charged to be smuggled to Houston, Texas. Blanco claimed he rafted across the river along with approximately eight (8) other subjects near Miguel Aleman, Mexico. Blanco stated that they walked for approximately five (5) hours and were guided by phone. Blanco added that they arrived on a road and they were picked up by a black truck and was taken to the house where he was arrested, there were about twenty (20) other illegal aliens already at the house. Blanco stated the subject in charge of the house was a young tall skinny subject and would provide them with food and water.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-20-2581-M**

**RE: Brandon Garcia**

**CONTINUATION:**

**Material Witness 2 Statement:**
Jonathan Alberto Alfaro-Magana, a citizen of El Salvador, was advised of his Miranda Rights, stated he understood his rights, and agreed to provide a statement.

Alfaro stated he made his own smuggling arrangements and paid $7,000 of the $12,000 he was charged to be smuggled to the United States. Alfaro claimed that he swam across the river along with two (2) other subjects. Alfaro added that he was receiving instructions over the phone and that a car was going to be waiting for them. Alfaro stated that the vehicle transported them to the house where he was apprehended. Alfaro stated that in the house, there were approximately thirty (30) subjects inside the house. Alfaro added that a tall skinny subject was in charge of the house. Alfaro stated that the caretaker of the house instructed them to not make noise and to turn off their phones.

Alfaro identified Brandon Garcia, through a photo lineup, as the caretaker of the house.