RC

United States District Court
Southern District of Texas
FILED

NOV 22 2020

David J. Bradley, Clerk

THE STATE OF TEXAS )

M-20-2581-M

)

COUNTY OF Hidalgo )

Before me, the undersigned authority, on this day personally appeared Mickel Gonzalez known to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a Border Patrol Agent stationed at Edinburg, Texas and I investigated the case of the United States of America versus

| | | |
|---|---|---|
| Brandon Garcia | 1996 | United States |

and from my investigation, it appears that:

| | | |
|---|---|---|
| Jairo Jose Blanco-Sanchez | 1998 | El Salvador |
| Johnathan Alberto Alfaro-Magana | 1997 | El Salvador |

citizens and nationals of El Salvador are material witnesses in said cause that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witnesses."

FURTHER AFFIANT SAYETH NOT.

/s/ Mickel Gonzalez
Mickel Gonzalez
Border Patrol Agent

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on: 11/22/2020

Peter E. Ormsby
U.S. Magistrate Judge